UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY, et al., | Case No. 08-0736 EMC |
| Plaintiffs, | |
| v. | **ORDER OF RECUSAL** |
| WASHOE HOUSE, INC., | |
| Defendant. | |

This Court, on its own motion, hereby recuses itself from any and all further proceedings in this matter.

IT IS SO ORDERED.

Dated: February 6, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge