**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

—————————

www.cand.uscourts.gov

Richard W. Wieking

Clerk

General Court Number

415.522.2000

## February 8, 2008

**CASE NUMBER:  CV 08-00736 EMC**

**CASE TITLE:  DAREN HEATHERLY-v-WASHOE HOUSE INC**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Maxine M. Chesney** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MMC** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 2/8/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                    Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies               Special Projects

Log Book Noted                                      Entered in Computer 2/8/08ha


CASE SYSTEMS ADMINISTRATOR:

Copies to:  All Counsel                            Transferor CSA