1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiffs DAREN HEATHERLY
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES; HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>  Plaintiffs,<br><br>v.<br><br>WASHOE HOUSE, INC., a California corporation,<br><br>  Defendant. | CASE NO. CV-08-0736-MMC<br><br>**RETURN OF SERVICE RE DEFENDANT** WASHOE HOUSE, INC., a California corporation |

RETURN OF SERVICE RE DEFENDANT WASHOE HOUSE, INC., a California corporation

1

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No 415-674-8600    FAX No 415-674-9900 | | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.:<br>WASHOE HOUSE | | | |
| Insert name of Court, and Judicial District and Branch Court | | | | | |
| United States District Court Northern District Of California | | | | | |
| Plaintiff: DAREN HEATHERLY, et al. | | | | | |
| Defendant: WASHOE HOUSE, INC | | | | | |
| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date | Time: | Dept/Div: | Case Number:<br>CV 08 0736 EMC | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Letter Dated March 4, 2008; Welcome To The U.S. District Court; Drop Box Filing Procedures; On The Issue Of Substituted Service On A Corporation Or Oter Business; Order Of Recusal; Reassignment Order; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Contents Of Joint Case Management Statement; Ecf Registration Information Handout

3. a. Party served:            WASHOE HOUSE, INC , a California corporation
   b. Person served:           CHERYL JENSEN, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:    WASHOE HOUSE RESTAURANT
                                          2801 STONY POINT
                                          PETALUMA, CA 94952

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Mar 20, 2008 (2) at: 10.58AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows.
   on behalf of: WASHOE HOUSE, INC., a California corporation
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ALENE RUMMEL                                    d. The Fee for Service was:

   First Legal Support Services                       e. I am. (3) registered California process server
   ATTORNEY SERVICES                                      (i)  Independent Contractor
   301 CIVIC CENTER DR. WEST                              (ii) Registration No.:  P-371
   Santa Ana, CA 92701                                    (iii) County:           Sonoma
   (714) 541-1110, FAX (714) 541-8182

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Fri, Mar 21, 2008

   *(signature)* (ALENE RUMMEL)

   Judicial Council Form POS-010              PROOF OF SERVICE
   Rule 982.9.(a)&(b) Rev January 1, 2007     SUMMONS & COMPLAINT                 6404905.thofr-fg.121907