THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA  94l09
Telephone:  415/674-8600
Facsimile:   415/674-9900

Attorneys for Plaintiffs DAREN HEATHERLY
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WASHOE HOUSE, INC., a California corporation,<br><br>　　　　Defendant. | CASE NO. C-08-0736 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION** |

Plaintiffs DAREN HEATHERLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES, by and through their counsel and defendant WASHOE HOUSE, INC., a California corporation, by and through their counsel, stipulate, and respectfully request, as follows:

　　1.　Due to scheduling conflict, the parties will be unable to hold the joint site inspection of the premises by May 12, 2008, as Ordered by General Order 56, ¶ 3,4.

　　2.　The parties are scheduled to conduct the joint site inspection of the subject premises on May 27, 2008.

///

3. Therefore, the parties, hereto agree, stipulate and respectfully request that the last day for the parties and counsel to conduct the joint inspection of the premises be continued up to and including May 27, 2008.

Dated: May 9, 2008

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: /s/_____
      Thomas E. Frankovich
Attorney for Plaintiffs DAREN HEATHERLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS

Dated: May 9, 2008

MURPHY, PEARSON, BRADLEY, FEENEY

By: /s/_____
      Kimberly A. Shields
Attorney for Defendant WASHOE HOUSE, INC.

### ORDER

IT IS SO ORDERED that the last day for the parties and counsel to conduct the joint inspection of the premises be continued up and to May 27, 2008.

Dated: _May 12_____, 2008    _____
                                Hon. Maxine M. Chesney
                                UNITED STATES DISTRICT JUDGE