1  Mark S. Perelman - 120961
   Kimberly A. Shields - 245326
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA  94108-5530
   Tel:    (415) 788-1900
4  Fax:    (415) 393-8087

5  Attorneys for Defendant
   WASHOE HOUSE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WASHOE HOUSE, INC., a California corporation,<br><br>Defendant. | Case No.: CV-08-0736 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR THE PARTIES TO MEET AND CONFER REGARDING SETTLEMENT OF ACTION** |

Plaintiffs DAREN HEATHERLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, by and through their counsel, and Defendant WASHOE HOUSE, INC., by and through their counsel, stipulate and respectfully request as follows:

1. The parties are scheduled to conduct the joint site inspection of the subject premises on May 27, 2008 at 10:00 a.m.

2. Due to a scheduling conflict, the parties will be unable to meet and confer in person regarding the settlement of this action at the joint site inspection or within 10 business days after the joint site inspection as ordered by General Order 56, ¶ 4.

- 1 -

3. Therefore, the parties hereto agree, stipulate to and respectfully request that the last day for the parties and their counsel to meet and confer regarding the settlement of the action will be July 3, 2008.

Dated: May 19, 2008

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By /s/
Thomas E. Frankovich
Attorneys for Plaintiffs
DAREN HEATHERLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS

Dated: May 19, 2008

MURPHY, PEARSON, BRADLEY & FEENEY

By /s/
Mark S. Perelman
Kimberly A. Shields
Attorneys for Defendant
WASHOE HOUSE, INC.

## **ORDER**

IT IS SO ORDERED that the last day for the parties and their counsel to meet and confer regarding settlement of the action is continued up to and including July 3, 2008.

Dated: May _____, 2008

By _____
THE HONORABLE MAXINE M. CHESNEY
United States District Court Judge

- 2 -

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR THE PARTIES TO MEET AND CONFER REGARDING SETTLEMENT OF ACTION – CV-08-0736 MMC