1 THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
2 *A Professional Law Corporation*
4328 Redwood Hwy, Suite 300
3 San Rafael, CA 94903
Telephone:   415/444-5800
4 Facsimile:   415/444-5805

5 Attorneys for Plaintiffs
DAREN HEATHERLY
6 and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
7 SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>          Plaintiffs,<br><br>v.<br><br>WASHOE HOUSE, INC., a California corporation,<br><br>          Defendant. | **CASE NO. C-08-0736 MMC**<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS, TELEPHONE AND FAX NUMBER** |

TO THE COURT, DEFENDANT AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, Thomas E. Frankovich, *A Professional Law Corporation*, has changed its address from: 2806 Van Ness Avenue, San Francisco, California, 94109 and its phone number, 415-674-8600, as well as its fax number, 415-674-9900 to the following:

**4328 Redwood Hwy, Suite 300**
**San Rafael, California, 94903**
**Phone: 415-444-5800**
**Fax:    415-444-5805**

Dated: August 4, 2008         THOMAS E. FRANKOVICH
                              *A PROFESSIONAL LAW CORPORATION*


                              By: _____/s/_____
                                    THOMAS E. FRANKOVICH
                              Attorneys for Plaintiffs

NOTICE OF CHANGE OF FIRM ADDRESS, TELEPHONE AND FAX NUMBER                    1