THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy, Suite 300
San Rafael, CA 94903
Telephone:    415/444-5800
Facsimile:    415/444-5805

Attorneys for Plaintiffs
DAREN HEATHERLY
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WASHOE HOUSE, INC., a California corporation,<br><br>Defendant. | **CASE NO. C-08-0736 MMC**<br><br>**NOTICE OF NEED FOR MEDIATION (ADA ACCESS CASES)** |

Plaintiff reports that the joint site inspection occurred on May 27, 2008. Although 45 days have passed, the parties have not reached an agreement. In accordance with General Order No. 56, the matter should be set for mediation.

Dated: August 4, 2008      THOMAS E. FRANKOVICH
                           *A PROFESSIONAL LAW CORPORATION*


                           By: _____/s/_____
                                  THOMAS E. FRANKOVICH
                           Attorneys for Plaintiffs DAREN HEATHERLY and
                           DISABILITY RIGHTS, ENFORCEMENT,
                           EDUCATION SERVICES: HELPING YOU HELP
                           OTHERS