1  Mark S. Perelman - 120961
   Kimberly A. Shields - 245326
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA  94108-5530
   Tel:    (415) 788-1900
4  Fax:    (415) 393-8087

5  Attorneys for Defendant
   WASHOE HOUSE, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  DAREN HEATHERLY, an individual; and        Case No.: CV 08-0736 MMC
    DISABILITY RIGHTS, ENFORCEMENT,
12  EDUCATION, SERVICES: HELPING YOU           [PROPOSED] ORDER GRANTING
    HELP OTHERS, a California public benefit    DEFENDANT WASHOE HOUSE, INC.'S
13  corporation,                               REQUEST FOR INSURANCE CLAIMS
                                               REPRESENTATIVE TO APPEAR AT
14        Plaintiffs,                          MEDIATION VIA TELEPHONE STANDBY

15  v.

16  WASHOE HOUSE, INC., a California corporation,

17        Defendant.

18

19

20        The Court, having considered Defendant WASHOE HOUSE, INC.'s February 10, 2009 letter

21  requesting permission for its insurance claims representative to appear at the February 23, 2009

22  mediation via telephone standby, and good cause appearing therefore, hereby orders as follows:

23

24

25

26  ///

27  ///

28  ///

                                    - 1 -

1    **IT IS HEREBY ORDERED** that the insurance claims representative assigned to this matter

2    on behalf of Defendant WASHOE HOUSE, INC. is permitted to attend the February 23, 2009

3    mediation via telephone standby.

4

5    Dated: _2/17/09_____, 2009

6

7

8    ADR MAGISTRATE JUDGE

9

10   KAS.10459815.doc

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANT WASHOE HOUSE, INC.'S REQUEST FOR INSURANCE CLAIMS
REPRESENTATIVE TO APPEAR AT MEDIATION VIA TELEPHONE STANDBY CV-08-0736 MMC