IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY, et al., | No. C-08-0736 MMC |
| Plaintiffs, | **ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
| v. | |
| WASHOE HOUSE, INC., | |
| Defendant / | |

On May 18, 2009, counsel for defendant, on behalf of the parties, electronically filed a "Stipulation and [Proposed] Order Re: Additional Remediations to Washoe House Potentially Covered by the Americans with Disabilities Act and Related Statutes." On May 19, 2009, counsel for defendant, on behalf of the parties, electronically filed an "Amended Stipulation and [Proposed] Order Re: Additional Remediations to Washoe House Potentially Covered by the Americans with Disabilities Act and Related Statutes." The parties have violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

1 | The parties are hereby ORDERED to comply with General Order 45 and the Court's
2 | Standing Orders by immediately submitting a chambers copy of the above-referenced
3 | documents.  The parties are hereby advised that if they fail in the future to comply with
4 | General Order 45 and the Court's Standing Order to provide a chambers copy of each
5 | electronically-filed document, the Court may impose sanctions, including, but not limited to,
6 | striking from the record any electronically-filed document of which a chambers copy has not
7 | been timely provided to the Court.

8 | **IT IS SO ORDERED.**

10 | Dated:  June 2, 2009

MAXINE M. CHESNEY
United States District Judge

2